UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 1:25-cv-23986-DPG

EBONY BEALL,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., A BERMUDA COMPANY,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, EBONY BEALL (hereinafter "BEALL"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, certificate of Interested Parties.

The Plaintiff, "BEALL", is a private individual.

Furthermore, "BEALL" submits that Plaintiff (himself), counsel for the Plaintiff (the undersigned counsel), the Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY, and counsel for the Defendant likewise have an interest in the outcome of this matter.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2025, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received

electronically Notices of Electronic Filing.

                    MORGAN AND MORGAN
                    Attorney for Plaintiffs
                    1700 Palm Beach Lakes Blvd, Suite 500,
                    West Palm Beach, FL 33401
                    T: (561) 341-8905
                    F: (561) 341-8930
                    Mark.Hanson@forthepeople.com
                    Vanessa.Novoa@forthepeople.com

                    BY:*/s/MARK HANSON*
                        MARK HANSON, ESQ.
                        FLORIDA BAR NO: 621651

## SERVICE LIST

CASE NO: 1:25-cv-23986-DPG

| | |
|---|---|
| Mark Hanson, Esq.<br>mark.hanson@forthepeople.com<br>vanessa.novoa@forthepeople.com<br>Morgan and Morgan<br>1700 Palm Beach Lakes Blvd, Suite 500,<br>West Palm Beach, FL 33401<br>T: (561) 341-8905<br>F: (561) 341-8930<br>*Attorneys for Plaintiff, BEALL* | Todd L Sussman<br>Norwegian Cruise Line<br>7665 Corporate Center Drive<br>Miami, FL 33126<br>United Sta<br>(305) 436-4653<br>Email: tsussman@ncl.com |