UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 1:25-cv-23986-DPG

EBONY BEALL,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., A BERMUDA
COMPANY,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff, EBONY BEALL, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Rule 7.1(a)(1)(J) of the Local Rules of the United Stated District Court of the Southern District of Florida, hereby files this Unopposed Motion for Extension of Time to file Response to Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY's Motion to Dismiss Plaintiff's Complaint [D.E.6], and in support thereof, state as follows:

1. This is a maritime personal injury claim brought by a cruise passenger against the cruise line NCL (BAHAMAS) LTD., A BERMUDA COMPANY regarding an incident that occurred on September 13, 2024. Plaintiff alleges she slipped and fell near the sinks while attempting to exit the public women's restroom on deck 12, causing her injury.

2. On September 30, 2025, Defendant, NCL (BAHAMAS) LTD., A BERMUDA COMPANY filed a Motion to Dismiss Plaintiff's Complaint [DE 6]. The Plaintiff's deadline to respond to the Defendant's Motion is due October 14, 2025.

3. On September 29, 2025, Plaintiff's counsel, Mark R. Hanson, underwent extensive lower back surgery. Due to the surgery, Mr. Hanson will need a time period for recovery and

will be unable to comply with certain obligations for up to three weeks after the procedure. Plaintiff's counsel respectfully requests a brief thirty (30) day extension on the deadline to file a response to the Defendant's Motion to Dismiss.

4. The undersigned has conferred with defense counsel regarding an extension on this matter. Defendant's counsel has no objection to a thirty (30) day extension, until November 13, 2025, for Plaintiff's response to this Motion.

5. Rule 6(b)(1)(A) states in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]"

6. The Plaintiff respectfully submits that the circumstances described above constitute good cause for the Court to grant the extension requested herein.

7. This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, Plaintiff respectfully moves this Honorable Court to enter an order extending the deadline to file response to Defendant's Motion to Dismiss to November 13, 2025, and for such further relief this Court deems appropriate.

### CERTIFICATE OF CONFERENCE: MOTION UNOPPOSED

I hereby certify that I have conferred with NCL's counsel via electronic mail on October 2, 2025 about this Motion, and I am authorized to inform the Court that NCL does not oppose this request for a thirty-day extension on Plaintiff's response to this Motion.

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2025, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is

being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

        MORGAN AND MORGAN
        Attorney for Plaintiffs
        1700 Palm Beach Lakes Blvd, Suite 500,
        West Palm Beach, FL 33401
        T: (561) 341-8905
        F: (561) 341-8930
        Mark.Hanson@forthepeople.com
        Vanessa.Novoa@forthepeople.com

        BY:*/s/MARK HANSON*
          MARK HANSON, ESQ.
          FLORIDA BAR NO: 621651

## SERVICE LIST

CASE NO: 1:25-cv-23986-DPG

| | |
|---|---|
| Mark Hanson, Esq.<br>mark.hanson@forthepeople.com<br>vanessa.novoa@forthepeople.com<br>Morgan and Morgan<br>1700 Palm Beach Lakes Blvd, Suite 500,<br>West Palm Beach, FL 33401<br>T: (561) 341-8905<br>F: (561) 341-8930<br>*Attorneys for Plaintiff, BEALL* | Todd L Sussman<br>Norwegian Cruise Line<br>7665 Corporate Center Drive<br>Miami, FL 33126<br>United Sta<br>(305) 436-4653<br>Email: tsussman@ncl.com |